

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00201-CV

**In Re Charlie Clark, Individually, Amaru Motors, L.P., Amaru Motors 2, LLC, Amaru Motors 3, LLC, Amaru Motors 5, LLC, and Amaru Motors 6, LLC**

AN ORIGINAL PROCEEDING IN MANDAMUS

## MEMORANDUM OPINION

On August 1, 2025, Relators filed a petition for writ of mandamus challenging the trial court's July 2, 2025 order denying their Rule 91a motion to dismiss claims brought through piercing the corporate veil allegations.[1]

---

[1] The underlying case is trial court Cause No. 2024DCV2255, in the 205th District Court of El Paso County, Texas, the Honorable Francisco X. Dominguez presiding.

Relators have filed an unopposed motion to dismiss the petition for writ of mandamus. In the motion, Relator states that on February 6, 2026, the trial court entered a final judgment in the underlying case. Relator's motion includes a certificate of conference representing that real parties in interest are not opposed to the relief sought in the motion to dismiss. *See* Tex. R. App. P. 10.3(a)(2).

Accordingly, we grant the motion and dismiss the petition.


GINA M. PALAFOX, Justice

February 12, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.